UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., ) | |
| ) Plaintiff(s), ) | Case No. 2:16-cv-02368-JAD-NJK |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GUNVOR HATZIMARKOS, et al., ) | |
| ) Defendant(s). ) | |
| ) | |

      To the extent any defendant wishes to do so, he may file a response to the orders to show cause at Docket Nos. 17 and 18 by May 11, 2017.

      IT IS SO ORDERED

      Dated: April 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge