# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-02368-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| GUNVOR HATZIMARKOS, et al., | |
| Defendant(s). | |

On February 13, 2017, Plaintiff filed a notice of settlement with Defendant James Luen. Docket No. 9. To date, dismissal papers have not been filed. Accordingly, Plaintiff shall file a status report by May 11, 2017.

IT IS SO ORDERED

Dated: April 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge