# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LHF PRODUCTIONS, INC., )
                Plaintiff(s), )
vs. )
GUNVAR HATZIMARKOS, et al., )
                Defendant(s). )

Case No. 2:16-cv-02368-JAD-NJK

**ORDER**

     Steven Frank filed an answer on March 23, 2017. Docket No. 15. Accordingly, the discovery plan was due on Monday, May 8, 2017. *See* Local Rule 26-1(a); *see also* Docket No. 15 (docket text, stating that "Discovery Plan/Scheduling Order due by 5/7/2017"). To date, no discovery plan has been filed. To the extent it has not yet occurred, Plaintiff's counsel is hereby **ORDERED** to immediately conduct the Rule 26(f) conference, and a discovery plan shall be filed by May 17, 2017.

     This not an isolated occurrence in these copyright infringement cases initiated by Plaintiff. *See also LHF Prods., Inc. v. Broughton*, Case No. 2:16-cv-1918-JAD-NJK, Docket No. 29 (Apr. 27, 2017); *LHF Prods., Inc. v. Bertolin*, Case No. 2:16-cv-2028-JAD-NJK, Docket No. 34 (April 27, 2017). In the specific context of failing to comply with the deadline for filing a discovery plan, the Court has already "remind[ed] the parties and counsel that they must comply with the deadlines set by the Court and by the Local Rules. To the extent they are unable to do so, they must seek relief from the Court. Simply ignoring the deadline is not appropriate." *Bertolin*, Docket No. 37 at 1 n.1 (Apr. 28, 2017). That warning has apparently gone unheeded.

The Court repeats here that **the Court expects strict compliance with all applicable local rules and deadlines moving forward.**

IT IS SO ORDERED

Dated: May 12, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge