UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., <br>                 Plaintiff(s), <br> vs. <br> GUNVOR HATZIMARKOS, et al., <br>                 Defendant(s). | Case No. 2:16-cv-02368-JAD-NJK <br><br> **ORDER** <br><br> (Docket No. 18) |

    Pending before the Court is the order for Plaintiff to show cause why the remaining 7 Doe Defendants should not be dismissed. Docket No. 18. Plaintiff subsequently dismissed those Doe Defendants. Docket No. 22. Accordingly, this order to show cause is DISCHARGED as moot.[1]

    IT IS SO ORDERED

    Dated: May 12, 2017

                                                  _____
                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge

---

[1] A second order to show cause was issued in this case. Docket No. 17. Plaintiff was given an extension to respond to that order to show cause, Docket No. 24, and it remains pending. This order does not resolve the issues raised therein.