# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-02368-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| GUNVOR HATZIMARKOS, et al., | |
| Defendant(s). | |

Pending before the Court is a discovery plan, Docket No. 27, which is hereby **DENIED**. The discovery plan was submitted unilaterally by Plaintiff, indicating that Defendant Steven Frank did not participate in a Rule 26(f) conference or in the filing of the discovery plan. *See id.*[1] The Court hereby **ORDERS** Steven Frank to contact Plaintiff's counsel, Charles Rainey, at (702) 425-5100 to schedule a Rule 26(f) conference. Mr. Frank must call Mr. Rainey no later than May 24, 2017.

---

[1] The discovery plan was also improper in other ways. First, it was untimely. *See* Local Rule 26-1(a); *see also* Docket No. 15 (docket text). As the Court has previously advised Plaintiff and Plaintiff's counsel, difficulties in reaching Defendant Frank should have prompted them to seek relief from the Court rather than simply ignoring the deadline. The discovery plan also makes various nonsensical certifications on behalf of the parties about their "meet-and-confer" efforts and joint considerations, *see* Docket No. 27 at 3-4 ("The parties hereby certify that they have met and conferred about the possibility of using alternative dispute-resolution . . ."), when it is clear there was no conference or joint consideration.

The Court further **ORDERS** Plaintiff to file an amended proposed discovery plan no later than May 31, 2017. In the event Mr. Frank fails to comply with the directives above, the amended proposed discovery plan may be filed unilaterally with a supporting declaration.

IT IS SO ORDERED

Dated: May 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge