CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
*crainey@hamricklaw.com*
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada corporation, | Case No.: 2:16-cv-02368-JAD-NJK |
| Plaintiff, | |
| vs. | |
| MATHEW WILSON; STEVEN FRANK, | |
| Defendants. | |

## JOINT STIPULATION TO DISMISS DEFENDANT STEVEN FRANK

ECF Nos. 35, 40, 41

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LHF PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant STEVEN FRANK in proper person, hereby stipulate and agree to dismiss Defendant **STEVEN FRANK** from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by Defendant STEVEN

HAMRICK & EVANS LLP

FRANK against Plaintiff LHF PRODUCTIONS, INC., each party to bear its own

fees and costs.

*Respectfully submitted September 18, 2017*


HAMRICK & EVANS LLP                          STEVEN FRANK


/s/ Charles C. Rainey                        /s/ Steven Frank
CHARLES C. RAINEY, ESQ.                      STEVEN FRANK
Nevada Bar No. 10723                         *Defendant in proper person*
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*


## ORDER

Based on the parties' stipulation [ECF No. 40] and good cause appearing, IT IS

HEREBY ORDERED that all claims against and by STEVEN FRANK are

DISMISSED, each party to bear its own fees and costs.

IT IS FURTHER ORDERED that the Motion for Entry of Clerk's Default against

Steven Frank and Mathew Wilson [ECF NO. 35] is DENIED without prejudice to the

refiling of the motion against Wilson only.

_____
UNITED STATES DISTRICT JUDGE

September 19, 2017

HAMRICK & EVANS LLP