UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF Productions, Inc., | 2:16-cv-02368-JAD-NJK |
| Plaintiff | Order Rejecting Report and Recommendation as Moot; and Granting Entry of Default |
| v. | |
| Mathew Wilson, | [ECF Nos. 33, 43] |
| Defendant | |

This is one of several essentially identical cases filed by plaintiff LHF Productions, Inc., in which LHF sues many unidentified Doe defendants—under a single filing fee—for separately infringing its copyright in the film "London Has Fallen" by using BitTorrent software. LHF's practice in these cases is to move for expedited discovery to identify the defendants, and then systematically dismiss the defendants after failing to serve them or settling with them.[1] Magistrate Judge Nancy Koppe recommends that I sever and dismiss all claims against all defendants other than defendant Mathew Wilson for improper joinder and in the interests of judicial economy and case management.[2] LHF objected to the recommendation, arguing that the defendants were properly joined under Federal Rule of Civil Procedure 20(a)(2), and that mass joinder—"swarm joinder" as it is called in the BitTorrent-defendant context—better serves the economic and efficiency interests of the parties and the court.[3]

---

[1] *See LHF Productions, Inc. v. Kabala*, 2:16-cv-02028-JAD-NJK; *LHF Productions, Inc. v. Buenafe*, 2:16-cv-01804-JAD-NJK; *LHF Productions, Inc. v. Smith*, 2:16-cv-01803-JAD-NJK; *LHF Productions, Inc. v. Boughton*, 2:16-cv-01918-JAD-NJK.

[2] ECF No. 33.

[3] I find these matters suitable for disposition without oral argument. L.R. 78-1.

Two and a half months after objecting to the report and recommendation, LHF voluntarily dismissed all claims against all remaining defendants except for Mathew Wilson,[4] so I overrule the objection and reject the report and recommendation as moot. LHF also moves for entry of default against Wilson.[5] Wilson was adequately served with process on March 2, 2017,[6] and, seven months later, he has still failed to appear or otherwise respond to the first-amended complaint.[7] Because Wilson has been completely absent from this action, I grant LHF's motion and direct the Clerk of Court to enter default against Wilson.

## Conclusion

Accordingly, IT IS HEREBY ORDERED that LHF's objection to Magistrate Judge Koppe's report and recommendation is OVERRULED and Magistrate Judge Koppe's report and recommendation [ECF No. 33] is REJECTED as moot.

The Clerk of Court is directed to ENTER DEFAULT against defendant Mathew Wilson.

DATED: October 23, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[4] ECF Nos. 40, 42.

[5] ECF No. 43.

[6] ECF No. 14.

[7] *See generally* docket report case 2:16-cv-02368-JAD-NJK; *see also* ECF No. 43-1.