# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

HF Productions, Inc.

        Plaintiff,

v.

Matthew Wilson

        Defendant.

DEFAULT JUDGMENT IN A CIVIL ACTION

Case Number: 2:16-cv-02368-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered in favor of LHF Productions, Inc. and against Matthew Wilson in the total amount of $7,605.

6/1/18
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk